Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
TIM EARL FISHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EARL FISHER | Case No.: 1:17-cv-01189-GSA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Tim Earl Fisher and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from April 23, 2018 to May 23, 2018 for Plaintiff to file an Opening Brief , with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: April 16, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

BY: ___/s/ *Brian C. Shapiro*___
Brian C. Shapiro
Attorney for plaintiff Mr. Tim Earl Fisher

DATE:  April 16, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


BY: ___/s/ *Sharon Lahey*___
Sharon Lahey
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

**ORDER**

Pursuant to the parties' stipulation (Doc. 12), Plaintiff shall file his Opening Brief **no later than May 23, 2018**.  All other dates in the Court's scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:  **April 19, 2018**          ___/s/ Gary S. Austin___
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 1:17-CV-01189-GSA

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 16, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____
Brian C. Shapiro
Attorneys for Plaintiff